**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DELLAREESE YOUNG, : No. 97 EM 2018
:
Respondent :
:
:
:
v. :
:
:
:
DAVID YOUNG, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, the Application for Extraordinary Jurisdiction and King's Bench Power is DENIED.